**Fennemore Craig, P.C.**
Leslie Bryan Hart, Bar No. 4932
Brandi M. Planet, Bar No. 11710
300 E. Second Street, Suite 1510
Reno, Nevada 89501
Telephone:  (775) 788-2200
Facsimile:   (775) 786-5000
Email: lhart@fclaw.com; bplanet@fclaw.com
*Attorneys for Defendant Credit Union 1*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CATHERINE NICHOLS,<br><br>Plaintiff,<br><br>v.<br><br>CREDIT UNION 1 and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendants. | **Case No.:** 2:17-cv-02337-APG-GWF<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT**<br>(FIRST REQUEST) |

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rules 6-2, 7-1, Plaintiff Catherine Nichols and Defendant Credit Union 1, stipulate through their undersigned counsel that Defendant's deadline to move, answer, or otherwise respond to the Complaint is extended from January 10, 2018, through and including January 19, 2018. Plaintiff consents to the extension.

Good cause exists for the extension given that Defendant recently retained counsel, is still investigating Plaintiff's allegations against it, and Plaintiff's counsel recently communicated a settlement offer that is being evaluated. Defendant expects that by January 19, 2018, it will be in a position to determine if the claim against it can be resolved or if it will be necessary for Defendant to move, answer, or otherwise respond to the Complaint.

///

///

It is further agreed that nothing in this stipulation shall be deemed to waive or prejudice any claims or defenses of any party to this action.

DATED: January 9, 2018  FENNEMORE CRAIG, P.C.

By: /s/ Leslie Bryan Hart
  Leslie Bryan Hart
  Brandi M. Planet
  300 E. Second Street, Suite 1510
  Reno, Nevada 89501
  *Attorneys for Defendant Credit Union 1*

DATED: January 9, 2018  KNEPPER & CLARK, LLC

By: /s/ Miles N. Clark
  Miles N. Clark
  Matthew I. Knepper
  10040 W. Cheyenne Ave., Ste. 170-109
  Las Vegas, Nevada 89129
  *Attorneys for Plaintiff Catherine Nichols*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 1/10/2018