Jennifer L. Braster
Nevada Bar No. 9982
jbraster@naylorandbrasterlaw.com
Andrew J. Sharples
Nevada Bar No. 12866
asharples@naylorandbrasterlaw.com
NAYLOR & BRASTER
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
Telephone: (702) 420-7000
Facsimile: (702) 420-7001

Cheryl L. O'Connor
Nevada Bar No. 14745
coconnor@jonesday.com
Brianne J. Kendall (admitted *pro hac vice*)
CA Bar No. 287669
bkendall@jonesday.com
JONES DAY
3161 Michelson Drive
Suite 800
Irvine, CA 92612.4408
(T) (949) 851-3939
(F) (949) 553-7539

*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| CATHERINE NICHOLS,<br><br>Plaintiff,<br><br>vs.<br><br>CREDIT UNION 1; and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendants. | Case No.: 2:17-cv-02337-APG-GWF<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO MOTION TO COMPEL AND FOR POSTPONEMENT OF THE HEARING ON THE SAME**<br><br>**(First Request)** |

Pursuant to LR 6-1, Plaintiff CATHERINE NICHOLS ("Plaintiff") and Defendants CREDIT UNION 1 ("Credit Union") and EXPERIAN INFORMATION SOLUTIONS, INC.,

1

("Experian") (collectively, the "Parties"), by and through their counsel of record, hereby stipulate that Experian may have until Thursday, October 18, 2018, to file a response to Plaintiff's Motion to Compel (ECF Dkt. 51), that Plaintiff be granted until October 25 to file any reply, and that the motion be heard on October 29-30.  Pursuant to LR 7-2(b), Experian's response is presently due September 18, 2018.  The Parties also request that the Court continue the hearing on the Motion to Compel, presently scheduled for October 4, 2018 (ECF No. 55), to accommodate the extended response date.  This is the Parties' first request to extend these dates. Plaintiff's Motion to Compel addresses very complex issues relating to Experian's internal computing systems and ability, or inability, to ascertain Plaintiff's class.  In light of these complex and detailed issues, the extension of the response and hearing dates will allow Plaintiff and Experian to consider alternate means of resolving, narrowing, or otherwise addressing their discovery dispute, allowing the Court to conserve its limited resources.  Additionally, this time will permit Experian to garner additional information necessary to fully respond to Plaintiff's Motion to Compel.

//

//

//

//

//

//

//

//

This stipulation is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

Dated: September 7, 2018

| **KNEPPER & CLARK LLC** | **NAYLOR & BRASTER** |
|---|---|
| /s/ Miles N. Clark | /s/ Jennifer L. Braster |
| Matthew I. Knepper, Esq. | Jennifer L. Braster, Esq. |
| Nevada Bar No. 12796 | Nevada Bar No. 9982 |
| Miles N. Clark, Esq. | Andrew J. Sharples, Esq. |
| Nevada Bar No. 13848 | Nevada Bar No. 12866 |
| 10040 W. Cheyanne Ave., Suite 170-109 | 1050 Indigo Drive, Suite 200 |
| Las Vegas, NV 89129 | Las Vegas, NV 89145 |
| matthew.knepper@knepperclark.com | Email: jbraster@nblawnv.com |
| miles.clark@knepperclark.com | Email: asharples@nblawnv.com |
| | *Counsel for Defendant* |
| David H. Krieger, Esq. | |
| Nevada Bar No. 9086 | **FENNEMORE CRAIG, P.C.** |
| HAINES & KRIEGER, LLC | |
| 8985 S. Eastern Avenue, Suite 350 | /s/ Brandi M. Planet |
| Henderson, NV 89123 | Leslie Bryan Hart, Esq. |
| dkrieger@hainesandkrieger.com | Nevada Bar No. 4932 |
| | Brandi M. Planet, Esq. |
| Sean N. Payne, Esq. | Nevada Bar No. 11710 |
| Nevada Bar No. 13216 | 300 E. Second St., Suite 1510 |
| PAYNE LAW FIRM LLC | Reno, NV 89501 |
| 9550 S. Eastern Ave., Suite 253-A213 | Email: lhart@fclaw.com |
| Las Vegas, NV 89123 | *Counsel for Defendant Credit Union 1* |
| Email: seanpayne@spaynelaw.com | |
| *Counsel for Plaintiff* | |

**ORDER**

IT IS SO ORDERED

_/s/ George Foley Jr._
United States Magistrate Judge

Dated: 9/10/2018

3