Cheryl L. O'Connor
Nevada Bar No. 14745
coconnor@jonesday.com
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA 92612.4408
Telephone: (949) 851-3939
Facsimile: (949) 553-7539

Emmett E. Robinson
Admitted Pro Hac Vice
erobinson@jonesday.com
JONES DAY
901 Lakeside Avenue
Cleveland, OH 44114
Telephone: (216) 586-3939
Facsimile: (216) 579-0212

Jennifer L. Braster
Nevada Bar No. 9982
NAYLOR & BRASTER
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
Telephone: (702) 420-7000
Facsimile: (702) 420-7001
jbraster@naylorandbrasterlaw.com

*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CATHERINE NICHOLS,<br><br>Plaintiff,<br><br>vs.<br><br>CREDIT UNION 1; and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendants. | Case No.: 2:17-cv-02337-APG-GWF<br><br>**STIPULATION TO RESCHEDULE HEARING ON MOTION FOR PROTECTIVE ORDER AND SET BRIEFING SCHEDULE** |

Plaintiff CATHERINE NICHOLS ("Plaintiff") and Defendants CREDIT UNION 1 ("Credit Union") and EXPERIAN INFORMATION SOLUTIONS, INC., ("Experian")

(collectively, the "Parties"), by and through their counsel of record, hereby stipulate and request as follows:

1. On November 12, 2018, Experian filed a Motion for Protective Order re Plaintiff's Fourth Amended Notice of Rule 30(B)(6) Deposition ("Motion for Protective Order"). (ECF No. 68).

2. On November 14, 2018, the Court entered an order setting the Motion for Protective Order on for hearing on December 14, 2018 at 2:30 p.m. (ECF No. 70).

3. In an effort to resolve the Motion for Protective Order in advance of the scheduled December 5, 2018, deposition, and after conferring with chambers, the Parties respectfully request the Court reschedule the hearing from December 14, 2018 to December 3, 2018, at 2:30 p.m.

4. The Parties stipulate that Plaintiff's response to the Motion for Protective Order shall be due by November 23, 2018, and Experian's reply in support of its Motion for Protective Order shall be due November 28, 2018.

**IT IS SO STIPULATED.**

Dated: November 20, 2018

| **KNEPPER & CLARK LLC** | **NAYLOR & BRASTER** |
|---|---|
| /s/ Miles N. Clark | /s/ Jennifer L. Braster |
| Matthew I. Knepper, Esq. | Jennifer L. Braster, Esq. |
| Nevada Bar No. 12796 | Nevada Bar No. 9982 |
| Miles N. Clark, Esq. | Andrew J. Sharples, Esq. |
| Nevada Bar No. 13848 | Nevada Bar No. 12866 |
| 10040 W. Cheyanne Ave., Suite 170-109 | 1050 Indigo Drive, Suite 200 |
| Las Vegas, NV 89129 | Las Vegas, NV 89145 |
| matthew.knepper@knepperclark.com | Email: jbraster@nblawnv.com |
| miles.clark@knepperclark.com | Email: asharples@nblawnv.com |
| | *Counsel for Defendant* |
| David H. Krieger, Esq. | |
| Nevada Bar No. 9086 | **FENNEMORE CRAIG, P.C.** |
| HAINES & KRIEGER, LLC | |
| 8985 S. Eastern Avenue, Suite 350 | /s/ Brandi M. Planet |
| Henderson, NV 89123 | Leslie Bryan Hart, Esq. |
| dkrieger@hainesandkrieger.com | Nevada Bar No. 4932 |
| | Brandi M. Planet, Esq. |
| Sean N. Payne, Esq. | Nevada Bar No. 11710 |
| Nevada Bar No. 13216 | 300 E. Second St., Suite 1510 |
| PAYNE LAW FIRM LLC | Reno, NV 89501 |
| 9550 S. Eastern Ave., Suite 253-A213 | Email: lhart@fclaw.com |
| Las Vegas, NV 89123 | *Counsel for Defendant Credit Union 1* |
| Email: seanpayne@spaynelaw.com | |
| *Counsel for Plaintiff* | |

**IT IS SO ORDERED.**

_____
United States Magistrate Judge

Dated: 11/21/2018