UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CATHERINE NICHOLS,<br><br>Plaintiff,<br><br>v.<br><br>CREDIT UNION 1, and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendants. | Case No. 2:17-CV-02337-APG-EJY<br><br>**ORDER** |

Before the Court is the Stipulation for Clarification of the Court's October 7, 2019 Hearing Order (ECF No. 115). The Court appreciates the parties' efforts to ensure orderly proceedings in this case.

Accordingly,

IT IS HEREBY ORDERED that the Court GRANTS in part and DENIES in part the parties' Stipulation (ECF No. 115).

IT IS FURTHER ORDERED that the parties' request for a temporary stay of the dispositive and class certification motion deadline is GRANTED until such time as the Court enters further orders regarding deadlines.

IT IS FURTHER ORDERED that the parties' Stipulation is DENIED in all other respects, but will be discussed and considered at the October 31, 2019 hearing.

DATED: October 9, 2019

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1