# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CATHERINE NICHOLS,<br><br>    Plaintiff<br><br>v.<br><br>CREDIT UNION 1, and EXPERIAN INFORMATION SOLUTIONS, Inc.,<br><br>    Defendants | Case No.: 2:17-cv-02337-APG-EJY<br><br>**ORDER GRANTING MOTIONS TO SEAL**<br><br>[ECF Nos. 124, 128] |

Plaintiff Catherine Nichols moves to seal or redact various exhibits attached to her motion for partial summary judgment. ECF No. 124. Defendant Experian similarly moves to seal some exhibits to its motion for summary judgment. ECF No. 128. Both motions are supported by good cause.

I THEREFORE ORDER that the motions to seal **(ECF Nos. 12, 128) are GRANTED**. The clerk of the court shall maintain the documents filed as ECF Nos. 123 and 127 under seal.

DATED this 3rd day of March, 2020.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE