Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
5510 So. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Catherine Nichols,<br><br>Plaintiff,<br>v.<br><br>Credit Union 1, and Experian Information Solutions, Inc.<br><br>Defendants. | Case No. 2:17-cv-02337-APG-EJY<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii),

the Plaintiff Catherine Nichols ("Plaintiff") and Defendant Credit Union 1 ("CU1") by and through

their respective counsel of record, hereby stipulate, agree and request that the Court dismiss all of

Plaintiff's claims against Defendant Credit Union 1 set forth in her First Supplemental Complaint

[ECF. No. 35] with prejudice. Each party will bear its own attorneys' fees and costs.

//

//

//

//

//

//

15624572

This stipulation to dismiss Plaintiff's claims against Credit Union 1 renders CU1's Motion to

Enforce Settlement ]ECF No. 132] moot.

Dated March 10, 2020.

| **KNEPPER & CLARK LLC** | **FENNEMORE CRAIG, P.C.** |
|---|---|
| /s/ *Miles N. Clark* | /s/ *Brandi Planet* |
| Matthew I. Knepper, Esq., NBN 12796<br>Miles N. Clark, Esq., NBN 13848<br>Email: matthew.knepper@knepperclark.com<br>Email: miles.clark@knepperclark.com | Leslie Bryan Hart, Esq., NBN 4932<br>Brandi Planet, Esq., NBN 11710<br>Email: lhart@fclaw.com<br>Email: blpanet@fclaw.com |
| *Counsel for Plaintiff* | *Counsel for Defendant Credit Union 1* |
| **NAYLOR & BRASTER**<br><br>/s/ *Jennifer L. Braster*<br>Jennifer L. Braster, Esq., NBN 9982<br>Email: jbraster@nblnv.com<br><br>Cheryl O'Connor, Esq., NBN 14745<br>Brianne Kendall, Esq., *pro hac vice* (CA Bar No. 287669)<br>Email: coconnor@jonesday.com<br>Email: bkendall@jonesday.com<br><br>*Counsel for Defendant Experian Information Solutions, Inc.* | |

GOOD CAUSE APPEARING THEREFORE, Plaintiff's First Supplemental Complaint

[ECF No. 35] is dismissed as to CU1 only with prejudice. Each party will bear its own attorneys'

fees and costs.

_____
UNITED STATES DISTRICT JUDGE
Dated: March 11, 2020.

15624572