Cheryl L. O'Connor
Nevada Bar No. 14745
coconnor@jonesday.com
Brianne J. Kendall (admitted *pro hac vice*)
CA Bar No. 287669
bkendall@jonesday.com
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA 92612.4408
(T) (949) 851-3939
(F) (949) 553-7539

Jennifer L. Braster
Nevada Bar No. 9982
jbraster@nblawnv.com
Andrew J. Sharples
Nevada Bar No. 12866
asharples@nblawnv.com
NAYLOR & BRASTER
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
(T) (702) 420-7000
(F) (702) 420-7001

*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CATHERINE NICHOLS,<br><br>Plaintiff,<br><br>vs.<br><br>CREDIT UNION 1; and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendants. | Case No.: 2:17-cv-02337-APG- EJY<br><br>**STIPULATION TO EXTEND TIME TO FILE RESPONSES AND REPLIES TO MOTIONS FOR SUMMARY JUDGMENT**<br><br>**[SECOND REQUEST]** |

Plaintiff CATHERINE NICHOLS ("Plaintiff") and Defendant EXPERIAN INFORMATION SOLUTIONS, INC., ("Experian") (collectively, the "Parties"), by and through their counsel of record, hereby stipulate and request as follows:

1. On February 10, 2020, Experian filed its Motion for Summary Judgment and Plaintiff filed her Motion for Partial Summary Judgment. (ECF Nos. 122 and 126).

2. Pursuant to LR 7-2, Experian and Plaintiff's respective responses would be due March 2, 2020 and replies would be due March 16, 2020.

3. The parties subsequently stipulated to extend the response and reply deadlines to March 16, 2020 and April 6, 2020, respectively. (ECR No. 131).

3. Since that time, several individuals have been out of the office due to medical reasons, including the main associate responsible for drafting Experian's response brief.

4. As such, the parties stipulate and agree that responses shall be due April 8, 2020 and replies shall be due April 29, 2020.

**IT IS SO STIPULATED.**
Dated: March 12, 2020

| **KNEPPER & CLARK LLC** | **NAYLOR & BRASTER** |
|---|---|
| /s/ Miles N. Clark | /s/ Jennifer L. Braster |
| Matthew I. Knepper, Esq. <br> Nevada Bar No. 12796 <br> Miles N. Clark, Esq. <br> Nevada Bar No. 13848 <br> 10040 W. Cheyanne Ave., Suite 170-109 <br> Las Vegas, NV 89129 <br><br> David H. Krieger, Esq. <br> Nevada Bar No. 9086 <br> HAINES & KRIEGER, LLC <br> 8985 S. Eastern Avenue, Suite 350 <br> Henderson, NV 89123 <br><br> *Counsel for Plaintiff* | Jennifer L. Braster, Esq. <br> Nevada Bar No. 9982 <br> Andrew J. Sharples, Esq. <br> Nevada Bar No. 12866 <br> 1050 Indigo Drive, Suite 200 <br> Las Vegas, NV 89145 <br><br> Cheryl L. O'Connor <br> Nevada Bar No. 14745 <br> coconnor@jonesday.com <br> Brianne J. Kendall (admitted *pro hac vice*) <br> CA Bar No. 287669 <br> bkendall@jonesday.com <br> JONES DAY <br> 3161 Michelson Drive, Suite 800 <br> Irvine, CA 92612.4408 <br><br> *Counsel for Defendant Experian Information Solutions, Inc.* |

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: March 12, 2020.