Cheryl L. O'Connor
Nevada Bar No. 14745
coconnor@jonesday.com
Brianne J. Kendall (admitted *pro hac vice*)
CA Bar No. 287669
bkendall@jonesday.com
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA 92612.4408
(T) (949) 851-3939
(F) (949) 553-7539

Jennifer L. Braster
Nevada Bar No. 9982
jbraster@nblawnv.com
Andrew J. Sharples
Nevada Bar No. 12866
asharples@nblawnv.com
NAYLOR & BRASTER
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
(T) (702) 420-7000
(F) (702) 420-7001

*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| CATHERINE NICHOLS,<br><br>  Plaintiff,<br><br>vs.<br><br>CREDIT UNION 1; and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>  Defendants. | Case No.: 2:17-cv-02337-APG- EJY<br><br>**ORDER**<br><br>**STIPULATION TO EXTEND TIME TO FILE RESPONSE TO MOTION TO STRIKE**<br><br>**[FIRST REQUEST]** |

Plaintiff CATHERINE NICHOLS ("Plaintiff") and Defendant EXPERIAN INFORMATION SOLUTIONS, INC., ("Experian") (collectively, the "Parties"), by and through their counsel of record, hereby stipulate and request as follows:

1. On April 8, 2020, Plaintiff filed her Response to Experian's Motion for Summary Judgment (the "Response"). (ECF No. 140). Because Plaintiff's Response also

contained a request to strike, Plaintiff also filed the Response as a Motion to Strike. (ECF No. 141).

2. Experian's reply in support of its motion for summary judgment is due April 29, 2020. (ECF No. 137).

3. Experian's response to the Motion to Strike is due April 22, 2020.

4. To avoid dual tracks of briefing, the Parties agree that Experian's response to the Motion to Strike shall be due on April 29, 2020, and incorporated in its reply in support of its motion for summary judgment.

**IT IS SO STIPULATED.**
Dated: April 10, 2020

| **KNEPPER & CLARK LLC** | **NAYLOR & BRASTER** |
|---|---|
| /s/ Miles N. Clark | /s/ Jennifer L. Braster |
| Matthew I. Knepper, Esq.<br>Nevada Bar No. 12796<br>Miles N. Clark, Esq.<br>Nevada Bar No. 13848<br>10040 W. Cheyanne Ave., Suite 170-109<br>Las Vegas, NV 89129<br><br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Avenue, Suite 350<br>Henderson, NV 89123<br><br>*Counsel for Plaintiff* | Jennifer L. Braster, Esq.<br>Nevada Bar No. 9982<br>Andrew J. Sharples, Esq.<br>Nevada Bar No. 12866<br>1050 Indigo Drive, Suite 200<br>Las Vegas, NV 89145<br><br>Cheryl L. O'Connor<br>Nevada Bar No. 14745<br>coconnor@jonesday.com<br>Brianne J. Kendall (admitted *pro hac vice*)<br>CA Bar No. 287669<br>bkendall@jonesday.com<br>JONES DAY<br>3161 Michelson Drive, Suite 800<br>Irvine, CA 92612.4408<br><br>*Counsel for Defendant Experian Information Solutions, Inc.* |

**IT IS SO ORDERED.**

_____
United States District Judge

Dated: 4/10/2020